| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:03-CR-232(11) |
| | § | |
| JOHN DARRELL GORDON | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The defendant consented to the revocation of his supervised release and waived his right to be present and allocute at sentencing. The parties have not objected to Judge Giblin's report.

The Court ORDERS that the findings of fact and recommendation on plea of true (#621) are ADOPTED. The Court finds that the defendant, John Darrell Gordon, violated conditions of his supervised release and ORDERS that his supervision is REVOKED. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of four (4) months imprisonment.

The Court further ORDERS the defendant to serve a new term of supervision for four (4) years and six (6) months after his release from prison. The Court ORDERS that the new term of supervision will be subject to the same mandatory, standard and special conditions of supervised release as imposed in the original judgment of conviction, as recommended by Judge Giblin.

The Court finally orders that the new supervision term will also include the new special condition that the defendant serve 180 days community corrections time as part of his supervised

release. The Court will set forth the detailed conditions of supervision in the revocation judgment.

SIGNED at Beaumont, Texas, this 31st day of August, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE